*J. Brownlee* and *H. Brownlee,* for appellee.

----------●----------

## SANFORD *v.* SINTON and Another.

SUPREME COURT.—*Transcript.—Clerk's Certificate.*—Where, on appeal to the Supreme Court, the certificate and seal of the clerk of the court below are wanting to the transcript, the appeal will be dismissed.

APPEAL from the Elkhart Circuit Court.

PETTIT, C. J.—This case is dismissed for want of the certificate and seal of the clerk of said court. 2 G. & H, 273, sec. 558; *Vanliew* v. *The State,* 10 Ind. 384; *Hinton* v. *Brown,* 1 Blackf. 429.

Dismissed, at the costs of the appellant.

WORDEN, J., having been of counsel, was absent.

*J. Bradley, W. A. Woods,* and *J. D. Arnold,* for appellant.

*J. L. Worden, J. Morris, A. Ellison, A. S. Blake,* and *R. M. Johnson,* for appellees.